UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

PATRICK K. FREEMAN,

       Plaintiff-Appellant,

v.

SUZANNE MICHELLE BEAN, also
known as Susie Bean, in her individual
capacity; JEFFREY ROYCE TERRY
BEAN, in his individual capacity;
DAN L. GRAHAM, in his individual
and official capacity; CITY OF SAND
SPRINGS, a Municipal Corporation,

       Defendants-Appellees.

No. 02-5197

---

ORDER
Filed March 16, 2004

---

Before **EBEL, HENRY** , and **MURPHY** , Circuit Judges.

---

Before the court is appellant's motion to seal the order and judgment, filed

in this case on February 19, 2004, his motion to file a petition for rehearing out of

time, and his petition for rehearing.  The request to seal the order and judgment is

GRANTED.  The motion to file a petition for rehearing out of time is GRANTED.

After consideration of appellant's arguments therein, the petition for rehearing is

DENIED.


Entered for the Court
PATRICK FISHER, Clerk


By:
Deputy Clerk